No. 181. CLARK, ADMINISTRATRIX, ET AL. *v.* MOFFETT ET AL. Certiorari to the Supreme Court of Kansas. December 11, 1933. Motion for leave to file petition for rehearing denied.

No. 551. WALD TRANSFER & STORAGE CO. *v.* SMITH ET AL.; and

No. 552. BEARD *v.* SAME. December 11, 1933. Upon consideration of the petitions for rehearing, the decrees entered herein by this Court on November 13, 1933, (*ante,* p. 596) are amended so as to provide that the decrees entered in these causes by the District Court, as specially constituted, be modified by providing that the appellants may apply at any time to the District Court, by bill or otherwise, as they may be advised, for a further order or decree, in case it shall appear that the state court shall have construed the applicable state statute as not authorizing the state commission to enter the orders challenged in this proceeding. *Glenn* v. *Field Packing Co., ante,* p. 177. As so modified, the decrees of the District Court are affirmed. *Bradley* v. *Public Utilities Comm'n,* 289 U.S. 92, 95–98. The petitions for rehearing are denied. *Mr. Maurice Hirsch* for appellants. No appearance for appellees.

No. 2, original. VERMONT *v.* NEW HAMPSHIRE. December 11, 1933. Stipulation of the parties designating parts of boundary to be marked presented.